```
                                          FILED
                                    U.S. DISTRICT COURT
         IN THE UNITED STATES DISTRICT COURT
                                    DISTRICT OF WYOMING
          FOR THE DISTRICT OF WYOMING  2013 JAN 16 PM 1 09

                                    STEPHAN HARRIS, CLERK
                                         CHEYENNE
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 13'CR'15-J |
| | ) | |
| Plaintiff, | ) | 18 U.S.C. §§ 922(g)(1) and |
| | ) | 924(a)(2) |
| v. | ) | (Felon in Possession of a Firearm |
| | ) | and Ammunition) |
| TROY RAYMOND MORTON, | ) | |
| | ) | |
| Defendant. | ) | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

On or about July 7, 2012, in the District of Wyoming, the Defendant, **TROY RAYMOND MORTON,** having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is, a Walther, model P22, .22 caliber semi-automatic pistol, serial number L088081, and ammunition, that is, approximately 74 rounds of .22 caliber Long Rifle ammuntion, all of which had previously traveled in and affected interstate commerce.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

A TRUE BILL:

*[signature]*
FOREPERSON

*[signature]*
CHRISTOPHER A. CROFTS
United States Attorney

# PENALTY SUMMARY

**DEFENDANT NAME:**     TROY RAYMOND MORTON

**DATE:**     January 15, 2013

**INTERPRETER NEEDED:**     \_\_\_\_\_ Yes     \_\_x\_\_ No

THE GOVERNMENT, PURSUANT TO RULE 18, F.R.Cr.P., WITH DUE REGARD FOR THE CONVENIENCE OF THE DEFENDANT, ANY VICTIM AND WITNESSES, AND THE PROMPT ADMINISTRATION OF JUSTICE, REQUESTS TRIAL BE HELD IN:

\_\_\_\_\_ Cheyenne     \_\_\_\_\_ Casper     \_\_\_\_\_ Lander     \_\_✓\_\_ No Preference

**VICTIM:**     \_\_\_\_\_ Yes     \_\_✓\_\_ No

**SEAL CASE:**     \_\_\_\_\_ Yes     \_\_✓\_\_ No

**OFFENSE:**     18 U.S.C. §§ 922(g)(1) and 924(a)(2)
(Felon in Possession of a Firearm and Ammunition)

**PENALTIES:**     0-10 YEARS IMPRISONMENT
$250,000 FINE
3 YEARS SUPERVISED RELEASE
$100 SPECIAL ASSESSMENT

**AGENT:**   John Powely, ATF     **AUSA:**     L. ROBERT MURRAY
Justin Ivary/INNAP

**ESTIMATED TIME OF TRIAL:**     \_\_✓\_\_ 1-5 days     \_\_\_\_\_ more than 5 days

THE GOVERNMENT WILL SEEK DETENTION IN THIS CASE:

\_\_✓\_\_ Yes     \_\_\_\_\_ No

**The court should not grant bond because the Defendant is not bondable because there are detainers from other jurisdictions:**

\_\_\_\_ Yes     \_\_\_\_\_ No