8-22-2013   PHONE # (360) 7335468   TURA V. MORTON
Page 1 of 3   2501 E ST. #311
Bellingham WA.
98225

To the Judge & David Weiss

Dear Sirs,
This letter is from Troy R. Morton's mother.
I want you to know how things are going without Troy around, and it hasn't been good.
I just spent 2½ weeks in bed, not able to get up, I was so shaky I could not stand or walk around, and because no one was here, my diet consisted of Pop Tarts and water.
I am supposed to have someone with me most of the time because I'm always falling and I have spells where I start freezing and I need someone to fill bottles with hot water and put them down both sides of me. My blood pressure at that time is around 90/50 or less. My bones feel like they are going to split from the cold.
I am afraid without Troy here, I am not going to be around long. Every time he is in jail he loses someone he loves. In fact, his favorite uncle just passed away last month and that is devistating for all of us. I couldn't go to his services because Troy was not here to help me get around.
I feel very bad. My sister had 7 children and she has only 2 left.

Page 2 of 3

Also, I am worried about Troy. He is supposed to be on baby asprin every day. He has already had a number of heart attacks, and I can tell when I talk to him that he is having a very hard time breathing.

I just talked to Troy and his ear is killing him. It is also bleeding and he has a lump on his head that is getting soft and hurting very much. He needs medical attention soon. There is probably going to be a bout of deep depression on the 26th of Aug. That is the day my oldest son passed away, and Troy has always gone up to where they put his ashes. He has not delt with it well. Please see that he gets ~~taking~~ taken care of.

Also, it would be nice if he could do his time in Seattle Washington. That is the only place I will be able to travel and see him. I have a doctors appointment every 28 days in Edmonds, which is 15-25 minutes away from Seattle. My daughter takes me to that appointment because she also goes to the same doctor there. She could take me on down to Seattle to see Troy.

Troy has tried so hard to do whats right and without Troy I am pretty much in bed all the time, because of my health and depression. My blood pressure has

Really gone out of control, I actually get sick not knowing if I will ever see him again. I am on Oxygen 24/7 and I have severe Sleep Apnea. I am supposed to have someone with me most all the time, especially when I have the spells I get, and when I am up walking around, because my knees and ankles have a habit of buckling.

I hope you can find it in your heart to let Troy come home as soon as possible. I'm afraid I won't be here if its a very long wait.

I'm also afraid for his health. That puts a lot of stress on me because I know what can happen. I have almost lost him a number of times. I don't think I can handle that if something happens to him.

If you would like to call and talk to me, my phone # is: (360) 733-5468 I appreciate any help you can give me, I just don't know what I will do without Troy. He has been my helper and no one has been able to help me when I need it.

Thank you so much for whatever you can do.

Sincerely
Turn V. Morton
(Troy's mother)